UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ERICK BAILEY,                                )
                                             )
            Petitioner,                      )
                                             )
v.                                           )         No. 3:06-0545
                                             )         Judge Trauger
WAYNE BRANDON, WARDEN,                        )
                                             )
            Respondent.                       )

O R D E R

The court has before it a petition for a writ of *habeas corpus* filed by a *pro se* prisoner

pursuant to 28 U.S.C. § 2254.  (Docket Entry No. 1)

As provided in the Memorandum entered contemporaneously herewith, the petition and

record of prior proceedings clearly show that the petitioner is not entitled to relief.  Therefore, the

petition is DENIED and this action is DISMISSED.  Rule 8(a), Rules – Section 2254 Cases.

Should the petitioner file a timely notice of appeal from this Order, such notice shall be

docketed as both a notice of appeal and an application for a certificate of appealability, 28 U.S.C.

§ 2253(c); Rule 22(b), Fed. R. App. P.; *see Slack v. McDaniel*, 529 U.S. 473, 483 (2000), which, for

reasons explained in the accompanying Memorandum, will NOT issue, *see Castro v. United States

of America*, 310 F.3d 900, 901 (6th Cir. 2002); *Lyons v. Ohio Adult Parole Auth.*, 105 F.3d 1063,

1073 (6th Cir. 1997).

Entry of this Order shall constitute the judgment in this action.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge